UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
KIMERON GARNES,                     )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    Civil Action No. 12-CV-1090 (KBJ)(DAR)
                                    )
CAROLYN COLVIN, Acting              )
Commissioner of Social Security,    )
                                    )
            Defendant.              )
                                    )
_____ )

# MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation filed by Magistrate Judge Deborah A. Robinson on August 27, 2013, addressing the parties' motions for judgment on the pleadings. (Report and Recommendation, ECF No. 20.) Plaintiff Kimeron Garnes brought this action seeking to reverse the Social Security Commissioner's final decision denying her applications for disability insurance benefits and supplemental security income under the Social Security Act. (*See* Compl., ECF No. 1.) The dispute centered on whether there was substantial evidence before the Administrative Law Judge demonstrating that Plaintiff did not have an impairment that significantly limited her ability to perform basic work activities. (Report and Recommendation at 4-5.) Plaintiff filed a motion for judgment of reversal (ECF No. 12), seeking to overturn the Administrative Law Judge's decision, and Defendant filed a motion for judgment of affirmance (ECF No. 13).

After considering the parties' motions, Magistrate Judge Robinson concluded, in the course of a detailed Report and Recommendation, that Plaintiff's motion for judgment of reversal should be denied, and that Defendant's motion for judgment of affirmance should be granted. (Report and Recommendation at 1, 15-16.)

The Report and Recommendation also advised the parties that under the provisions of Local Rule 72.3(b) of the United States District Court for the District of Columbia, any party who objects to the Report and Recommendation must file a written objection with the Clerk of the Court within 14 days of the party's receipt of the Report and Recommendation. (Report and Recommendation at 16.) As of this date—20 days after the Report and Recommendation was issued—no objections have been filed.

After consideration of Magistrate Judge Robinson's Report and Recommendation, the absence of any party's objections thereto, the entire record before the Court, and the applicable law, the Court will adopt Magistrate Judge Robinson's Report and Recommendation in its entirety. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 20) is **ADOPTED**; and it is

**FURTHER ORDERED** that in accordance with the Report and Recommendation, Plaintiffs' motion for judgment of reversal (ECF No. 12) is **DENIED**; and Defendant's motion for judgment of affirmance (ECF No. 13) is **GRANTED**; and it is

**FURTHER ORDERED** that the case is **DISMISSED** in its entirety.

DATE: September 16, 2013
*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge